No. 514, Misc. MELENDEZ *v.* WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 517, Misc. COLLINS *v.* NELSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 519, Misc. FAIR *v.* SCHLEMAN, TAX COLLECTOR, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 523, Misc. VALDEZ *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 539, Misc. URBANO *v.* SONDERN, EXECUTRIX. C. A. 2d Cir. Certiorari denied.

No. 544, Misc. HANKINS ET AL. *v.* KANE, COLLECTOR OF ESTATE. C. A. D. C. Cir. Certiorari denied.

No. 549, Misc. FERMIN *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 551, Misc. HALL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Benjamin Lipsitz* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 574, Misc. GREGORY *v.* WALLER. Sup. Ct. App. Va. Certiorari denied.

No. 156, Misc. ELLENBOGEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Daniel H. Greenberg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States.